UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

R & B BLUEBERRIES, INC.,

      Plaintiff,                           Case No. 1:11-cv-1254

v.                                       HON. PAUL L. MALONEY

AGVEST, INCORPORATED,

      Defendant.
_____/

**JUDGMENT BY DEFAULT AGAINST DEFENDANT, AGVEST, INCORPORATED**

      Defendant, Agvest, Incorporated, having been defaulted for failure to appear; neither being a minor nor an incompetent and not being in the military; and Plaintiff having presented evidence it is due the amount of $220,472.42, exclusive of post-judgment interest,

      Accordingly, pursuant to Fed. R. Civ. P. 55(b)(2), JUDGMENT BY DEFAULT is entered in favor of Plaintiff, R & B Blueberries, Inc.—exclusive of post-judgment interest—and against Defendant, Agvest, Incorporated, for $220,472.42.

                              HON. PAUL L. MALONEY

Dated: March 22, 2012      By /s/ Paul L. Maloney
                                  Chief United States District Court Judge